**Electronically Filed
Intermediate Court of Appeals
28431
22-FEB-2012
10:03 AM**

NOS. 28431 & 28901

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---o0o---

NO. 28431

STATE OF HAWAI'I, Plaintiff-Appellant,
vs.
ROBERT JOHN McKNIGHT, JR., also known as atropical_knight,
Defendant-Appellee.

AND

NO. 28901

STATE OF HAWAI'I, Plaintiff-Appellee,
vs.
ROBERT JOHN McKNIGHT, JR., also known as atropical_knight,
Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NO. 06-1-0352(1))

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Opinion, filed on January 31, 2012, is hereby corrected as follows:

1.    On page 4, in the first line of the first paragraph in Section I., the word "a" should be inserted

_____

[1] Nakamura, Chief Judge, and Foley and Fujise, JJ.

between the words "as" and "15-year-old" so that as corrected, the text reads: ". . . posing as a 15-year-old girl . . . ."

2. On page 24, in the sixth line from the bottom of the page, the word "defendant" should changed to "defendant's" so that as corrected, the text reads: ". . . bearing on a defendant's guilt."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, February 22, 2012.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge